UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jay Charles Panning,  Civ. No. 20-2043 (PAM/KMM)

    Plaintiff,

v.  **ORDER**

County to State,

    Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Kate Menendez dated June 10, 2021. (Docket No. 10.) The R&R recommends dismissing the Complaint for failure to prosecute. Plaintiff did not file any objections to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 10) is **ADOPTED**; and

2. The Complaint (Docket No. 1) is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Wednesday, June 30, 2021    *s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge